# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

       Plaintiff,

v.                          Civil Action No. 1:14-cv-02627-JG

MARK GIPSON,

       Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF MARK GIPSON

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Mark Gipson ("Defendant") from this action without prejudice. Mark Gipson was assigned the IP address 184.56.50.174. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Mark Gipson has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  April 7, 2015

                                                     Respectfully submitted,

                                                     By:  /s/ *Yousef M. Faroniya*
                                                     Yousef M. Faroniya
                                                     yousef@YMFincorporated.com
                                                     YMF Inc.: The Law Office of Yousef M. Faroniya
                                                     84 S. 4th Street
                                                     Columbus, OH 43215
                                                     Phone: 614-360-1855
                                                     *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By: /s/ *Yousef M. Faroniya*
                                                Yousef M. Faroniya